IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HILL, | |
| Plaintiff, | **8:26CV152** |
| vs. | |
| U.S. BANK HOME MORTGAGE, EMEKA IGBOKWE, and 100 YEAR HOMES, INC., | **ORDER** |
| Defendants. | |

Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. Filing No. 13 The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed *in forma pauperis*.

IT IS ORDERED:

1.   Plaintiff's application, Filing No. 13, is granted.

2.   If Plaintiff is requesting service by the United States Marshal, Plaintiff shall, as soon as possible, complete the USM-285 form(s) and the summons form(s) and return them to the Clerk of the Court.[1] The Clerk of the court will sign the summons form(s), to be forwarded with a copy of Plaintiff's Complaint to the U.S. Marshal for service of process. The Clerk of the court will copy the Complaint. The Marshal shall serve the

---

[1] A review of the docket illustrates Plaintiff has already received summonses for defendants to complete service. Filing No. 2. Plaintiff should contact the Clerk of the Court to obtain the necessary forms if she now requests service by the United States Marshal.

summons and the Complaint without payment of costs or fees.

3.    This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 29th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge